UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: CRIMINAL JUSTICE ACT OF 1964　　　　　　　　　　　　　　　3:06-MC-26

ORDER ADOPTING AMENDED CRIMINAL JUSTICE ACT PLAN

WHEREAS, the Judicial Council of the Fifth Circuit has previously approved the Criminal Justice Act Plan for the Northern District of Mississippi, as amended on October 30, 2017.

WHEREAS, by letter dated December 12, 2018, the Judicial Council of the Fifth Circuit approved an amended Criminal Justice Act Plan for the Northern District of Mississippi, superseding all previous versions of the Criminal Justice Act Plan for the Northern District of Mississippi.

IT IS THEREFORE ORDERED, that the amended Criminal Justice Act Plan for the Northern District of Mississippi, as approved by the Judicial Council of the Fifth Circuit on December 12, 2018, is adopted by this Court. The amended Plan shall supersede all previous versions of the Plan previously entered by this Court and shall be effective as of December 12, 2018. The amended Criminal Justice Act Plan for the Northern District of Mississippi adopted by this Order shall be placed on the docket in this cause.

SO ORDERED, this the 12th day of December, 2018.

　　　　　　　　　　　　　　　　　　　　　/s/ Sharion Aycock
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT